**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RUBEN GONZALVO,**

    **Plaintiff,**

  v.           **9:11-CV-0909
                  (NAM/DEP)**

**THE STATE OF NEW YORK,**

    **Defendant.**
_____

**APPEARANCES:**        **OF COUNSEL:**

RUBEN GONZALVO
97-A-3050
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788-1000
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN    ADRIENNE J. KERWIN, ESQ
Office of the Attorney General      Assistant Attorney General
The Capitol
Albany, NY 12224-0341
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 7th day of January 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendant's motion for summary judgment (Dkt. No. 54) is denied.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: January 30, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge